UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATA AIG GENERAL INSURANCE COMPANY LIMITED<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

Plaintiff Tata AIG General Insurance Company ("Plaintiff") ("Plaintiff"), by its undersigned attorneys, for its complaint against Defendant Expeditors International of Washington, Inc. ("Expeditors"), ("Defendant") hereby alleges:

Complaint　　　　　　　　　　　　　　　1　　　　　CLYDE & CO US LLP
Case No.　　　　　　　　　　　　　　　　　　　　　　600 Stewart Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　Tel: (415) 365-9866 / Fax: (415) 365-9801

## INTRODUCTION

1. This is an action to recover losses arising from the damage to a valuable cargo of pharmaceutical products ("Cargo") that occurred in or about July 2024 during transportation from the port of Nhava Sheva, India to New York, United States ("Incident") on the container vessel BEIJING (IMO 9308508) (the "Vessel).

2. Defendant was and is a non-vessel operating common carrier ("NVOCC") that agreed to transport the Cargo from its origin in India to its intended port of discharge in the United States.

3. Plaintiff insured the Cargo and paid its insured, the owner of the Cargo at the time of the Incident, Granules Consumer Health Inc. ("GCH"), $310,287.00 for the loss pursuant to the terms of the applicable insurance policy, and Plaintiff thereby became subrogated to pursue this action to the extent of that payment.

4. Plaintiff seeks to recover from Defendant, the party responsible for the Incident.

## PARTIES

5. Plaintiff at all relevant times was and is an Indian general insurance company headquartered in Mumbai, India. Plaintiff was the insurer of the Cargo and of GCH.

6. Plaintiff is informed and believes, and on these bases alleges, that Defendant is a Washington corporation engaged in the transportation services industry operating within the United States and within this judicial district. Defendant's principal address is located in Bellevue, Washinton.

Complaint  
Case No.

2

CLYDE & CO US LLP  
600 Stewart Street, Suite 400  
Seattle, WA 98101  
Tel: (415) 365-9866 / Fax: (415) 365-9801

7. Defendant is a NVOCC registered with the United States Federal Maritime Commission bearing Organization No. 010771 and License No. 002268.

8. Defendant operates under the trade name "Expeditors International Ocean."

## JURISDICTION AND VENUE

9. Plaintiff's complaint contains a cause of action for cargo damage that arises under a United States federal statute, namely, the Carriage of Goods by Sea Act, 46 U.S.C. § 30701, *et seq*.

10. This lawsuit comprises an admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1331.

11. Venue is proper under 28 U.S.C. § 1391(b)(1).

## FACTUAL ALLEGATIONS

12. In or about June 2024, Defendant received the Cargo at the port of Nhava Sheva, India and there agreed to transport the Cargo via ocean carriage to the intended port of discharge, the port of New York, United States.

13. The Cargo was stored in a temperature controlled refrigerated shipping container.

14. The Cargo was loaded and stowed aboard the Vessel for transport to the United States.

15. Defendant issued Sea Waybill No. 6650018651 (the "Waybill") to cover the subject shipment.

16. Defendant signed the Waybill as the carrier on June 16, 2024.

17. As reflected in the Waybill, the Cargo was to be temperature controlled throughout the transport, with a set temperature of 18 degrees Celsius.

Complaint
Case No.

3

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

18. The Cargo was discharged at the port of New York on July 17, 2024.

19. When GCH received the Cargo, a strong foul odor was emitting from the shipping container.

20. The Cargo was also noticed to have improper coloration.

21. The shipping container's temperature recorder data was reviewed and it was found that the interior temperature of the shipping container during the ocean transport rose drastically during the ocean carriage and exceeded 70 degrees Celsius (158 degrees Fahrenheit) for an extended period of time during ocean carriage.

22. As a result of the temperature abuse the Cargo sustained during the ocean transport, the Cargo suffered severe damage, was rendered usable, and had to be destroyed.

23. The Cargo owner, GCH, presented a claim to its cargo insurer, Plaintiff, who paid GCH $310,287.00 to resolve the claim.

24. Plaintiff thereby became subrogated to the loss to the extent of that payment.

25. Plaintiff therefore has been damaged in the sum of not less than $310,287.00, in an amount to be proven as a sum certain at trial, no part of which has been paid, despite due demands therefor.

26. Plaintiff seeks to recover the full extent of its damages from the responsible party, Defendant, plus interest and costs.

## CAUSE OF ACTION

**(Breach of Contract of Carriage, COGSA 46 U.S.C. § 30701, *et seq*.)**

27. Plaintiff realleges paragraphs 1-26 as if set forth at length herein.

Complaint
Case No.

4

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

28. COGSA applies to this dispute because it involves breach of a contract of ocean carriage between a foreign port and a port of the United States.

29. Defendant, under contract of carriage and in return for good and valuable consideration, agreed to transport the Cargo from India to the United States and there deliver the Cargo in the same good order and condition as when received.

30. In breach of and in violation of said agreement, Defendant did not deliver Cargo in the same good order and condition, and quantity as when received. To the contrary, the Cargo arrived damaged as a result of temperature abuse during the ocean carriage.

31. As a result of Defendant's breach, Plaintiff sustained damages of not less than $310,287.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1. Judgment in favor of Plaintiff and against Defendants, according to proof at trial, not less than $310,287.00;
2. An award of pre-judgment and post-judgment interest, in addition to costs of suit; and
3. Such other and further relief as the Court deems just and proper.

Dated: July 15, 2025

*/s/ Dallas Whiteley*

Dallas Whiteley, WSBA #55650
Clyde & Co US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (415) 365-9800
Email: dallas.whiteley@clydeco.us

Complaint
Case No.

5

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

Thomas M. Fedeli (*pro hac vice* application to be filed)
Clyde & Co US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7674
Email: thomas.fedeli@clydeco.us

*Attorneys for Plaintiff Tata AIG General Insurance Company*

Complaint
Case No.

6

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801